## STATE OF CONNECTICUT *v.* CHARLES WARHOLIC

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 84 Conn. App. 767 (AC 23464), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment of conviction because of prosecutorial misconduct?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17289.

*Bruce R. Lockwood*, assistant state's attorney, in support of the petition.

*Richard Emanuel*, in opposition.

Decided October 19, 2004

## STATE OF CONNECTICUT *v.* RADCLIFFE RAYNOR

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 749 (AC 23542), is denied.

*Martin Zeldis*, public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided October 19, 2004

## STATE OF CONNECTICUT *v.* TRENDEL TUTSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 84 Conn. App.

610 (AC 24066), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant was entitled to a new trial because the trial court's ruling improperly precluded his proffered alibi evidence under Practice Book § 40-21?"

The Supreme Court docket number is SC 17287.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

*Mark Rademacher,* assistant public defender, in opposition.

Decided October 19, 2004

### IN RE ALLISON G.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 84 Conn. App. 718 (AC 24265), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the appeal of the commissioner of children and families as moot?"

The Supreme Court docket number is SC 17288.

*John E. Tucker,* assistant attorney general, in support of the petition.

Decided October 19, 2004

### MICHELE ROOS *v.* DALE ROOS, SR.

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 415 (AC 24537), is denied.